JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter L. Ellis, etc., | Case No.: CV 18-401 DSF (SPx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| Swift Transportation Company Inc, etc., et al. | |
| Defendants. | |

By order dated April 23, 2018, the Court ordered that this case be dismissed without leave to amend.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 4/23/18

Dale S. Fischer
United States District Judge